EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Oficina de Ética Gubernamental<br><br>Querellante-Recurrida<br><br>v.<br><br>Julio C. Román González<br><br>Querellado-Peticionario | Certiorari<br><br>2003 TSPR 103<br><br>159 DPR \_\_\_\_ |

Número del Caso: CC-2001-51

Fecha: 12 de junio de 2003

Tribunal de Circuito de Apelaciones:
                    Circuito Regional I

Juez Ponente:
                    Hon. José M. Aponte Jiménez

Abogados de la Parte Peticionaria:
                    Lcdo. Israel Roldán González
                    Lcdo. Víctor Calderón Cestero

Abogadas de la Parte Recurrida:
                    Lcda. Gretchen Camacho Rossy
                    Lcda. Wanda Torres Velázquez

Materia: Revisión Judicial de Resolución Administrativa

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Oficina de Ética Gubernamental

    Querellante-Recurrida

       vs.              CC-2001-51      Certiorari

Julio C. Román González

    Querellado-Peticionario

RESOLUCIÓN
*Nunc Pro Tunc*

San Juan, Puerto Rico, a 12 de junio de 2003.

Se enmienda *nunc pro tunc* nuestra Opinión de 1 de mayo de 2002 para que la nota al calce número 11 de la página 20 lea de la siguiente manera:

Canon 18 de Ética Profesional, 4 L.P.R.A Ap. IX. Aunque al representante legal del peticionario se le impuso una sanción económica por no someter a tiempo el informe de la conferencia con antelación a la vista adjudicativa, tal conducta no es atribuible al peticionario, sino a la falta de la debida previsión y control adecuado de su calendario por parte del licenciado Roldán González.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Corrada del Río no intervinieron. El Juez Asociado señor Hernández Denton está inhibido.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo